UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL DIXON (DOC# 457741)

CIVIL ACTION

VERSUS

NO. 11-397-FJP-CN

JAMES LEBLANC, ET AL

O P I N I O N

After independently reviewing the entire record in this case
and for reasons set forth in the Magistrate Judge's Report to which
an objection was filed:

IT IS ORDERED the Petition for Writ of Habeas Corpus[1] filed by
Michael Dixon shall be DISMISSED WITHOUT PREJUDICE for lack of
jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 11, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 1.

Doc#47373

Doc#47373